IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2020 JUN 17 PM 4:06
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | INDICTMENT | |
| v. | Case No. _____ | |
| | 18 U.S.C. § 922(g)(1) | |
| KYLE C. OLSON, aka Kyle C. Quade, | **20 CR 075 WMC** | |
| Defendant. | | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 31, 2020, in the Western District of Wisconsin, the defendant,

KYLE C. OLSON, aka Kyle C. Quade,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a loaded Hi-Point JHP .45 caliber handgun and .45 caliber ammunition, said firearm and ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 06/17/2020

_____
SCOTT C. BLADER
United States Attorney