

**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

February 5, 2021

Mariah Stieve
U.S. Probation Officer
222 W Washington Ave #340
Madison, WI 53703

    Re:    *United States v. Kyle C. Olson*
            Case No: 20-cr-75-wmc

Dear Ms. Stieve:

    I have reviewed the presentence report in this case. The United States has no objections that would affect the advisory guidelines calculations therein and does not have any other objections, corrections, or additions to the presentence report.

    If you have any questions or concerns, please do not hesitate to contact me.

                        Very truly yours,

                        SCOTT C. BLADER
                        United States Attorney

                        By: /s/
                        COREY STEPHAN
                        Assistant United States Attorney