# COURTROOM MINUTES
# SENTENCING / JUDICIAL REVIEW

DATE: 6/4/2021  DAY: Friday  START TIME: 10:33 AM  END TIME: 11:10 AM
JUDGE/MAG.: W. Conley  CLERK: K. Frederickson  REPORTER: C. Seeman
PROBATION OFFICER: M. Stieve  INTERPRETER: _____  SWORN: _____
CASE NUMBER: 20-cr-75-wmc  CASE NAME: USA v. Kyle C. Olson

**APPEARANCES:**
AUSA: Corey Stephan  DEFENDANT ATTY.: Joe Bugni

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 12  CRIMINAL HISTORY CATEGORY: V
ADVISORY GUIDELINE IMPRISONMENT RANGE: 27 to 33 MONTHS.

**SENTENCE:**
COUNT(S) 1 : ☒ INDICTMENT  ☐ INFORMATION
CBOP CT. 1 ; 27 MOS.; 3 YRS. S/R; $ 100 CA; $ _____ REST.; $ _____ FINE.
CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
☐ VOLUNTARY SURRENDER: _____ between _____ and _____ ;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
Sentencing held by Zoom video conference

TOTAL COURT TIME: 37 min.